QUIN DENVIR, Bar #49374
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANCE M. LAURENDINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0045 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION CONTINUING MOTIONS |
| v. | ) | SCHEDULE AND HEARING; AND |
| | ) | PROPOSESD ORDER THEREON |
| LANCE M. LAURENDINE, | ) | |
| | ) | DATE:   July 11, 2005 |
| Defendant. | ) | TIME:    1:30 p.m. |
| | ) | JUDGE:  HON. OLIVER W. WANGER |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the filing of defendant's motions set for May 9, 2005 may be extended to **June 9, 2005**; that the filing of plaintiff's motions due May 16, 2005 may be extended to **June 23, 2005**; and that the hearing on said motions now set for May 23, 2005 shall be continued to **July 11, 2005** at **1:30 p.m.**

The grounds for the continuance are defense preparation and plea negotiations.

The parties also agree that any delay resulting from this continuance shall be excluded in the

///
///
///
///
///
///

interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: May 19, 2005                           McGREGOR W. SCOTT
                                              United States Attorney


                                              By /s/ David L. Gappa
                                              DAVID L. GAPPA
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


DATED: May 19, 2005                           QUIN DENVIR
                                              Federal Public Defender


                                              By /s/ Ann H. Voris
                                              ANN H. VORIS
                                              Assistant Federal Defender
                                              Attorney for Defendant


O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: June 2, 2005
                                               /s/ OLIVER W. WANGER
                                              The Honorable OLIVER W. WANGER
                                              United States District Court Judge for the
                                              Eastern District of California