```
QUIN DENVIR, Bar #49374
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANCE M. LAURENDINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-CR-00045 OWW |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING MOTIONS |
|  | ) SCHEDULE AND HEARING; AND ORDER |
| v. | ) THEREON |
| LANCE M. LAURENDINE, | ) Date: October 17, 2005 |
|  | ) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defendant's motions shall be filed on or before September 19, 2005, responses shall be filed on or before September 30, 1005, **and that the hearing on said motions now set for September 6, 2005, shall be continued to October 17, 2005, at 10:00 A.M.**

The grounds for the continuance are defense preparation and plea negotiations.

///
///
///
///
///
///
///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 16, 2005                    By /s/ David L. Gappa
                                                             DAVID L. GAPPA
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: August 16, 2005                    By /s/ Ann H. Voris
                                                             ANN H. VORIS
                                                             Assistant Federal Defender
                                                             Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: August   18  , 2005                    /s/ OLIVER W. WANGER

                                                                                     OLIVER W. WANGER, Judge
                                                                                     United States District Court
                                                                                     Eastern District of California