QUIN DENVIR, Bar #49374
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANCE M. LAURENDINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00045 OWW |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING MOTIONS |
| ) | SCHEDULE AND HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| LANCE M. LAURENDINE, ) | Date:  December 5, 2005 |
| ) | Time:  10:00 A.M. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before October 24, 2005, government responses to be filed on or before November 15, 2005, **and the hearing on motions now set for October 17, 2005, may be continued to December 5, 2005, at 10:00 A.M.**

This motion is requested by counsel for defendant to allow sufficient time for the expert's completion of review of the computer disks and information from the F.B.I. and provide counsel with sufficient time to prepare any appropriate motions on defendant's behalf.

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: September 29, 2005        By  /s/ David L. Gappa
                                                     DAVID L. GAPPA
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

                                              QUIN DENVIR
                                              Federal Public Defender

DATED: September 29, 2005        By  /s/ Ann H. Voris
                                                     ANN H. VORIS
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   LANCE M. LAURENDINE

## O R D E R

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

    DATED: <u>October 3</u>, 2005                        /s/ OLIVER W. WANGER

                                                         OLIVER W. WANGER, Judge
                                                         United States District Court
                                                         Eastern District of California