QUIN DENVIR, Bar #49374
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANCE M. LAURENDINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANCE M. LAURENDINE,<br><br>　　　　Defendant. | NO. 1:05-cr-00045 OWW<br><br>STIPULATION CONTINUING MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON<br><br>Date:　January 9, 2006<br>Time:　10:00 A.M.<br>Judge:　Hon. Oliver W. Wanger |

　　**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before November 21, 2005, government responses to be filed on or before December 19, 2005, **and the hearing on motions now set for December 5, 2005, may be continued to January 9, 2006, at 10:00 A.M.**

　　This motion is requested by counsel for defendant to continue investigation and to determine efficacy of substantive motions.

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: October 28, 2005          By  /s/ David L. Gappa
                                 DAVID L. GAPPA
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


QUIN DENVIR
Federal Public Defender

DATED: October 28, 2005          By  /s/ Ann H. Voris
                                 ANN H. VORIS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LANCE M. LAURENDINE


## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: November 1, 2005          /s/ OLIVER W. WANGER

                                 OLIVER W. WANGER, Judge
                                 United States District Court
                                 Eastern District of California