1  QUIN DENVIR, Bar #49374
Federal Defender
2  ANN H. VORIS, Bar #100433
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6  LANCE M. LAURENDINE

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  NO. 1:05-cr-00045 OWW
                                     )
12            Plaintiff,             )  STIPULATION RE: MODIFICATION OF
                                     )  CONDITIONS OF RELEASE (PROPERTY
13       v.                          )  BOND); AND  ORDER THEREON
                                     )
14  LANCE M. LAURENDINE,             )
                                     )
15            Defendant.             )  Judge:  Hon. Oliver W. Wanger
                                     )
16  _____ )

17

18                    **Background**

19       Defendant Lance M. Laurendine was arraigned on February 11, 2005, ordered detained, and

20  released on an unsecured $50,000.00 personal recognizance bond, said bond to be replaced with a

21  $50,000.00 property bond.  On March 25, 2005, the recorded Deed of Trust, executed by Defendant

22  Laurendine and his wife, Susan M. Laurendine, was received by the court. (Docket #13)

23       Mr. Laurendine and his wife are in the process of refinancing their home which is the property

24  upon which the property bond was issued.  In order to complete the refinancing of the home, it is

25  necessary that the property bond be exonerated, at least until such time as the refinancing has been

26  completed.

27       Mr. Laurendine has complied fully to date with making any and all court appearances as required

28  by the court.

1

### STIPULATION

2     **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that

3 the property bond posted in this matter on March 25, 2005 (Docket Item 13 - Receipt No. 100-201411,

4 Recorder No. 2005-0041116), be exonerated.  The defendant shall immediately upon the close of

5 escrow related to the refinancing of his residence at 5455 North Callisch Avenue in Fresno, CA deliver

6 to the court a replacement property bond in the amount of $50,000.00.

7                                                             McGREGOR W. SCOTT
                                                             United States Attorney
8

9 DATED: December 8, 2005                 By   /s/ David L. Gappa
                                                             DAVID L. GAPPA
10                                                           Assistant U.S. Attorney
                                                             Attorney for Plaintiff
11

12                                                           QUIN DENVIR
                                                             Federal Public Defender
13

14 DATED: December 8, 2005                 By   /s/ Ann H. Voris
                                                             ANN H. VORIS
15                                                           Assistant Federal Defender
                                                             Attorney for Defendant
16                                                           LANCE M. LAURENDINE

17

18                                      O R D E R

19     **IT IS SO ORDERED**.  The property bond posted in this matter on March 25, 2005 (Docket

20 Item 13 - Receipt No. 100-201411, Recorder No. 2005-0041116), **IS EXONERATED**.  The defendant

21 shall immediately upon the close of escrow related to the refinancing of his residence at 5455 North

22 Callisch Avenue in Fresno, CA, deliver to the court a replacement property bond in the amount of

23 $50,000.00.

24                                                           /s/ OLIVER W. WANGER

25 DATED: December   14  , 2005

26                                                           OLIVER W. WANGER, Judge
                                                             United States District Court
27                                                           Eastern District of California

28

Stipulation Re: Modification of Conditions Of Release
(Property Bond); and [Proposed] Order Thereon            2